AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 6:21 mj 004 |
| DAVID SCOTT HALSEY | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 17, 2021** in the county of **Pickens** in the District of **South Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861(d) | Possession of a firearm which is not registered to him in the National Firearms Registration and Transfer Record. |
| 18 U.S.C. 842(a)(3)(A) | Unlawful transportation of explosive materials. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

ROBERT K. GEBING, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.  *via telephone*
original submitted electronically
1/19/21 no modifications

Authorized to write in name by phone
1/18/2021  12:19 pm
S. Kevin McDonald

Date: 1/18/2021  12:19 pm

*Judge's signature*  1/19/21

City and state: Greenville, South Carolina

KEVIN F. McDONALD, U.S. Magistrate Judge
*Printed name and title*